OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
**331 POTTER STEWART U.S. COURTHOUSE**

CATHERINE C. GEYER
 *Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

**100 EAST FIFTH STREET**
**CINCINNATI, OHIO  45202-3988**
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330
FAX (513) 564-7349

May 28, 2026

Laura Ann Elizabeth Bailey
Michael Franklin Braun
Janet Goode
Jamie Leigh Morton

Re:  *K. B., et al v. Memphis Shelby County, TN Schools,* CA No. 26-5251

## NOTICE OF RESCHEDULED MEDIATION CONFERENCE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the mediation conference previously set for May 28, 2026, has been rescheduled for **May 29, 2026** at **9:30 AM EASTERN TIME** with Catherine Geyer.  **An updated conference invitation will be provided to counsel.**

Sincerely,

*Connie A. Weiskittel*

Connie A. Weiskittel
Mediation Administrator

cc:    Catherine C. Geyer