OFFICE OF THE CIRCUIT MEDIATORS
**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
**331 POTTER STEWART U.S. COURTHOUSE**
**100 EAST FIFTH STREET**
**CINCINNATI, OHIO 45202-3988**
CA06-MEDIATION@CA6.USCOURTS.GOV

CATHERINE C. GEYER
*Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

TELEPHONE (513) 564-7330
FAX (513) 564-7349

August 17, 2026

Laura Ann Elizabeth Bailey
Janet Goode
Jamie Leigh Morton

Re: *K. B., et al v. Memphis Shelby County, TN Schools,* CA No. 26-5251

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the filing deadline for the submission of either the Stipulation to Dismiss or the Appellant's brief is extended. Please note that the Clerk's Office will expect to receive for filing either the stipulation or brief by **August 24, 2026** and may **dismiss the appeal for want of prosecution** if one or the other is not received.

The Appellant is instructed to contact this Office **before the due date** if the above filing deadline cannot be met and additional time is needed.

To electronically file a stipulation to dismiss, select the category of "Motion/Stipulation" along with "stipulation" and click continue to move to the relief screen. You will see the Category and Description boxes with drop-down menus. Continue by selecting "Stipulation" from the Category box and "Dismiss Case-Mediation" from the Description box and hit apply.

Thank you for your cooperation.

Sincerely,

Catherine Geyer

Catherine C. Geyer

mlb