CA No. 26-5251

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

***K.B.*,** the minor student, by and through
his parent, ***K.B.***
*Plaintiff-Appellee*

*v.*

APPELLANT'S AMENDED MOTION TO EXTEND BRIEFING DEADLINES

***Memphis-Shelby County [TN] Schools***,
*Defendant-Appellant.*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Local Rule 26, Defendant-Appellant files its Amended Motion to Extend Briefing Deadlines ("Amended Motion"). Defendant-Appellant moves for this extension for good cause based on the following grounds:

1. The mediation of this matter took place beginning on May 27, 2026.
2. On June 1, 2026, the mediation resulted in an agreement in principal among the Parties, subject to the Parties' agreement upon final written settlement documents.
3. With the assistance of Chief Mediator Catherine Geyer, Esq., the Parties have been working to finalize a written settlement agreement and release.

4. The Parties, deadline to file a notice of dismissal was August 24, 2026, but at the time of filing of this Amended Motion on August 28, 2026, the Parties not reached an agreement regarding the language to be included in a settlement agreement and release.
5. Accordingly, Defendant-Appellant seeks an extension on the Parties' deadline to file a notice of dismissal until September 28, 2026 and, if the matter is not dismissed, allowing Defendant-Appellant to file its opening brief on September 28, 2026, with Plaintiff-Appellee's brief due on October 28, 2026.
6. The extension of the briefing deadlines will not delay any special education services for the minor Plaintiff, including any ordered compensatory services. It will also not result in any delay on an order for attorneys' fees for Plaintiff because the Plaintiff's attorney fee petition is pending before the district court.
7. The extension sought is for good cause and results from on-going efforts to draft a mutually acceptable settlement agreement and release.

Dated: August 28, 2026

Respectfully Submitted,

s/Laura Ann E. Bailey

Laura Ann E. Bailey (TN BRP 27078)
Jamie L. Morton (TN BRP 31243)
Memphis-Shelby County Schools
Office of General Counsel
160 Glenn Rogers Sr. Street
Coe Building, Suite 218
Memphis, TN 38112
(901)416-6370 (main phone)
(901) 416-6372 (direct phone)
(901) 416-6312(direct phone)
baileyla@scsk12.org
mortonj2@scsk12.org
*Attorneys for Defendant-Appellants*
*Memphis-Shelby County Schools*

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this filing on Plaintiff-Appellee's Counsel of Record through the Court's electronic filing system, on this the 28th day of August 2026.

s/ Laura Ann E. Bailey
Laura Ann E. Bailey