CA No. 26-5251

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

***K.B.*,** the minor student, by and through his parent, ***K.B.***
*Plaintiff-Appellee*

*v.*

***Second CORRECTED:***
APPELLANT'S SECOND MOTION TO EXTEND BRIEFING DEADLINES

***Memphis-Shelby County [TN] Schools***, *Defendant-Appellant.*

---

Pursuant to Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Local Rule 26, Defendant-Appellant files its Motion to Extend Briefing Deadlines ("Motion"). Defendant-Appellant seeks an extension from September 28, 2026 to October 16, 2026. Defendant-Appellant moves for this extension for good cause based on the following grounds:

1. The mediation of this matter took place beginning on May 27, 2026.
2. On June 1, 2026, the mediation resulted in an agreement among the Parties, subject to the Parties' execution of final settlement documents.

3. With the assistance of Chief Mediator Catherine Geyer, Esq., the Parties have been working to finalize a written settlement agreement and release.
4. At the time Defendant-Appellant filed its Amended Motion to Extend Briefing Deadlines on August 28, 2026, it believed the Parties were still working in good faith to reach agreement regarding language to be included in a settlement agreement and release.
5. The Parties continue to have limited communications in attempt to finalize a written settlement agreement.
6. Additionally, since the August 28, 2026 motion to extend and September 2, 2026 resetting of briefing deadlines, Ms. Bailey, Defendant-Appellant's lead in-house special education and student rights attorney, for a public school district with over 100,000 students, and lead counsel in this case, has also continued to perform duties, which include but are not limited to: providing advice and counsel related to the ongoing needs of the School District's students, families, and employees, attending multiple Individual Educational Program (IEP) meetings throughout the School District, and performing significant work on other pending litigation matters.

7. The convergence of intervening litigation deadlines, required attendance at multiple IEP meetings, and the time and work that Defendant-Appellant has devoted to on-going settlement discussions of this matter, necessitate this request for extension of briefing deadlines.

8. For the reasons identified herein, Defendant-Appellant respectfully seeks an extension on Defendant-Appellant's opening brief deadline from the current deadline of September 28, 2026 to October 16, 2026.

9. Defendant-Appellant respectfully requests that the Court grant an equal extension for Plaintiff-Appellee's response brief.

10. The extension of the briefing deadlines will not delay any special education services for the minor Plaintiff, including any ordered compensatory education services. It will also not result in any delay on an order for attorneys' fees for Plaintiff-Appellee because the Plaintiff's attorney fee petition has not been ruled on by the district court.

11. The extension sought is for good cause and results from the ongoing efforts to draft a mutually acceptable settlement agreement, the

current status of settlement negotiations, and other required work responsibilities and court deadlines.

12. Defendant-Appellant does not anticipate the need for any further extensions barring exigent circumstances.

Dated: September 24, 2026

Respectfully Submitted,

s/Laura Ann E. Bailey

Laura Ann E. Bailey (TN BRP 27078)
Jamie L. Morton (TN BRP 31243)
Memphis-Shelby County Schools
Office of General Counsel
160 Glenn Rogers Sr. Street
Coe Building, Suite 218
Memphis, TN 38112
(901)416-6370 (main phone)
(901) 416-6372 (direct phone)
(901) 416-6312(direct phone)
baileyla@scsk12.org
mortonj2@scsk12.org
*Attorneys for Defendant-Appellant*
*Memphis-Shelby County Schools*

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this filing on Plaintiff-Appellee's Counsel of Record through the Court's electronic filing system, on this the 24th day of September 2026.

s/ Laura Ann E. Bailey
Laura Ann E. Bailey