**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 28, 2026

Ms. Laura Ann Elizabeth Bailey
Shelby County Board of Education
Office of General Counsel
160 S. Hollywood Street
Suite 218
Memphis, TN 38103

Re: Case No. 26-5251
*K. B., et al v. Memphis Shelby County, TN Schools*
Originating Case No. 2:22-cv-024642:25-cv-022652:25-cv-02406

Dear Counsel,

In light of the Mediator's office extending the deadline for the stipulation, your motion to extend time is DENIED AS MOOT.

Sincerely yours,

s/Kelly Stephens, Clerk
Appeal Case Manager: Jill for Gretchen
Direct Dial No. 513-564-7018

cc: Ms. Janet Goode
Ms. Jamie Leigh Morton