CA No. 26-5251

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| K. B., minor student; K. B., student's parent,<br><br>Plaintiffs – Appellees,<br><br>v.<br><br>MEMPHIS SHELBY COUNTY, TN SCHOOLS,<br><br>Defendant – Appellant. | **STIPULATION TO DISMISS** |

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the undersigned hereby stipulate that the above appeal may be dismissed with prejudice upon such terms as have been agreed upon by the parties.

Jamie Morton

Laura Ann Elizabeth Bailey, Esq. or
Jamie Leigh Morton, Esq.
Attorneys for Appellant,
MEMPHIS SHELBY COUNTY, TN SCHOOLS

Janet Goode, Esq.
Attorney for Appellees,
K. B., minor student; K. B., student's parent

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all counsel of record have been electronically served with this document as of the date of filing.